FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0319

_____

CECIL THOMAS RICE,

      Petitioner and Appellant,

  v.                             O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Cecil Thomas Rice, to all counsel of record, and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022